## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**CIVIL ACTION NO. 1:15-cv-388(WOB-SKB)**

**TOMEK OSSOSKI**                                                     **PLAINTIF**

**VS.**                                    **ORDER**

**CARESPRING HEALTHCARE**
**HOLDINGS, INC., ET AL.**                              **DEFENDANTS**

        This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 26), and no objections having been filed thereto, and the Court being sufficiently advised,

        **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 26) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court and that plaintiff's motion to seal the closed case (Doc. 25) be, and it hereby is, **DENIED**.

        This 30th day of September, 2021.



Signed By:

*William O. Bertelsman* WOB

**United States District Judge**